## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| JEREMY ALLAN PAIS<br>TEDDI SUE PAIS<br><br>　　　　Debtor(s) | In Chapter 13 Proceeding<br>No. 18-41705-BDL<br><br>Order Allowing Debtor(s) to<br>Modify Mortgage with<br>RUSHMORE LOAN MANAGMENT<br>SERVICES |

It is ordered that the Debtor(s) may modify the Mortgage with Rushmore Loan Management Services with a new principal balance of $183,700.76 at a 4.25% interest rate with total estimated payment of $1047.74 including escrow payments of $251.18 beginning May 1, 2019.

///end of order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958