Entered on Docket July 19, 2019

**Below is the Order of the Court.**

_____
Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT COURT OF WASHINGTON

| | |
|---|---|
| **JEREMY ALLAN PAIS** ) <br> **TEDDI SUE PAIS** ) <br> ) <br> Debtor(s) ) <br> ) <br> _____ ) | In Chapter 13 Proceeding <br> No. 18-41705-BDL <br><br> Order Allowing Debtor(s) to <br> Modify Mortgage with <br> **RUSHMORE LOAN MANAGMENT SERVICES** |

It is ordered that the Debtor(s) may modify the Mortgage with Rushmore Loan Management Services with a new principal balance of $183,700.76 at a 4.25% interest rate with total estimated payment of $1047.74 including escrow payments of $251.18 beginning May 1, 2019.

///end of order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958